# First District Court of Appeal
## State of Florida

_____

No. 1D2026-0181

_____

VALS COMPLETE AUTO REPAIR,
INC.,

    Appellant,

    v.

UNIFIRST CORPORATION,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

June 22, 2026

PER CURIAM.

    DISMISSED.

BILBREY, NORDBY, TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Stanley H. Griffis III of The Griffis Law Firm, LLC, Chiefland, for Appellant.

John W. Gardner of The Gardner Law Firm, Brandon, for Appellee.